No. 10–5773. MEDRANO v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–5774. DIXON v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–5777. MCBRIDE v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 10–5778. ST. AMANT v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 10–5784. INSUA v. MCDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5791. GEORGIEVA v. BARNES & NOBLE. C. A. 9th Cir. Certiorari denied.

No. 10–5794. DANIELS v. DISTRICT COURT OF COLORADO, ARAPAHOE COUNTY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–5795. JONES v. SHAW GROUP ET AL.; JONES v. FIRST BANK & TRUST; and JONES v. SHAW GROUP ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5804. HALLFORD v. ALLEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5805. ALBRITTON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–5807. BUNYARD v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5808. BELANGER v. STOVALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5811. ABDULHASSEB, AKA THOMAS v. CALBONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–5814. HUNG HA v. RICHMAN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.